IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00895-AP

Roland Draxler,

      Plaintiff,

v.

Carolyn W. Colvin,
Acting Commissioner of Social Security,
      Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Lawrence D. Rohlfing
Attorney at Law
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
(562) 868-5886
(562) 868-5491 (facsimile)
Rohlfing.office@rohlfinglaw.com

For Defendant:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
1961 Stout, Suite 4169
Denver, Colorado 80294-4003
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A.** **Date Complaint Was Filed:** April 8, 2013

**B.** **Date Complaint  Was Served on U.S. Attorney's Office:** June 21, 2013

**C.** **Date Answer and Administrative Record Were Filed:** August 20, 2013

## 4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that, to the best of their knowledge, the record is complete and accurate.

## 5.      STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate any additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case does not appear to raise unusual claims or defenses.

## 7.  OTHER MATTERS

The parties are not aware of any other matters.

## 8.  BRIEFING SCHEDULE

   A.      **Plaintiff's Opening Brief Due:** October 21, 2013
   B.      **Defendant's Response Brief Due**: November 20, 2013
   C.      **Plaintiff's Reply Brief (If Any) Due:** December 6, 2013

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

   A.      **Plaintiff's Statement:** Plaintiff does not request oral argument.

   B.      **Defendant's Statement:** Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

### *Indicate below the parties' consent choice*.

   A.      **(   )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.      **( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.***

DATED this 3rd day of September, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

s/ Lawrence D. Rohlfing                                    **By:** s/ *Alexess D. Rea*
Lawrence D. Rohlfing                                       Alexess D. Rea
Attorney at Law                                           Special Assistant U.S. Attorney
12631 East Imperial Highway, Suite C-115                  1961 Stout St., Suite 4169
Santa Fe Springs, CA 90670                                Denver, CO 80294-4003
(562) 868-5886                                            (303) 844-7101
(562) 868-5491 (facsimile)                                (303) 844-0770 (facsimile)
Rohlfing.office@rohlfinglaw.com                           alexess.rea@ssa.gov

Attorney for Plaintiff                                    Attorneys for Defendant