IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:13-cv-00895-AP

Roland F. Draxler,

        Plaintiff,

   vs.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

        Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come before the Court on the parties' Stipulated Motion to Dismiss with Prejudice, the Court having reviewed same and being fully advised;

**ORDERS** that the Motion is **GRANTED**, and that the action is hereby dismissed with prejudice, each party to pay its own costs and attorney fees.

**DATED** this 23rd day of October, 2013.

                                              **BY THE COURT**:

                                              *s/John L. Kane*_____
                                              U.S. DISTRICT COURT JUDGE